383 P.3d 136

STATE of Hawai'i, Plaintiff-Appellee,

v.

Robert DIEGO, Defendant-Appellant

NO. CAAP-13-0003837

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
August 25, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CR. NO. 11-1-0223)

SUMMARY DISPOSITION ORDER

Affirmed.

383 P.3d 136

IN THE INTEREST OF T.A., K.A., A.S.

and

In the Interest of C.C.

NO. CAAP-16-0000016

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
August 26, 2016.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-S NO. 13-00110 and FC-S NO. 14-00216 )

SUMMARY DISPOSITION ORDER

Affirmed.

383 P.3d 136

STATE of Hawai'i, Plaintiff-Appellee,

v.

Troy C. MATTOS, Defendant-Appellant

NO. CAAP-15-0000487

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
August 26, 2016.

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT WAILUKU DIVISION
(CASE NO. 2DTA-14-00622)

SUMMARY DISPOSITION ORDER

Affirmed.

383 P.3d 136

Douglas BITTERMAN, Petitioner-Appellant,

v.

STATE of Hawai'i, Respondent-Appellee

NO. CAAP-14-0001074

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
August 29, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(S.P.P. NO. 12-1-0009)

SUMMARY DISPOSITION ORDER

Affirmed.